DOC NO
REC'D/FILED

2016 AUG -8 AM 9:07

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Marjorie Ellen Gibson

    vs

Thomas Kreischer, Vicky Kreischer

Case # 15-cv-783

To Whom It May Concern;

This is my notice of intent to appeal final judgement, dated July 8th, 2016.

Included is my affidavit to proceed without prepayment of fees and/or costs.

Thank you for your attention to this matter.

Sincerely,

*[signature]*

Marjorie E. Gibson