IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARJORIE E. GIBSON,

                                    Defendant-Appellant,

ORDER

15-cv-783-bbc

v.

THOMAS KREISCHER, VICKY KREISCHER,
and MARJAC, INC.,

                Plaintiffs-Appellees.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Judgment was entered affirming the bankruptcy court judgment on June 13, 2016. Defendant-Appellant, Marjorie E. Gibson filed a pro se motion for reconsideration, which I denied on July 8, 2016.

Now, appellant has filed a notice of appeal and request to proceed in forma pauperis on appeal. From the affidavit of indigency accompanying appellant's notice of appeal, I cannot determine whether she qualifies for indigent status.

In her affidavit, appellant states that she is between jobs, has no income and no savings accounts, and lists no other source of income for the past twelve months. In addition, appellant indicates she has monthly expenses totaling approximately $2560, but she does not explain how she pays these expenses. Without such information, I am unable to conclude that appellant qualifies for indigent status. Therefore, I will provide her with the opportunity to supplement her request for leave to proceed on appeal in forma pauperis

1

by completing the enclosed affidavit of indigency. In completing the affidavit, she should take care to show how she pays for her basic necessities and make sure the affidavit contains her actual gross monthly income from all sources for the last twelve months.

ORDER

IT IS ORDERED that a decision whether defendant-appellant Marjorie E. Gibson may proceed in forma pauperis on appeal is STAYED. Appellant may have until September 6, 2016, in which to amend her affidavit of indigency and return it to the court. Appellant should take particular care to show where she receives the means to pay for her basic necessities, such as food, clothing and shelter. If appellant fails to provide this requested financial information in a timely fashion, or shown cause for her failure to do so, I will advise the court of appeals of appellant's noncompliance so that it may take whatever steps it deems appropriate with respect to the appeal.

Entered this 16th day of August, 2016.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge